# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:08-CR-00099-FL-1
NO. 5:11-CV-00166-FL

| | | |
|---|---|---|
| CHRISTOPHER RAY PARRISH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM &** |
| | ) | **RECOMMENDATION** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This cause comes before the Court upon Respondent Government's motion to dismiss (DE-58) Petitioner Christopher Parrish's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody ("motion to vacate") (DE-52). Pursuant to 28 U.S.C. 636(b)(1), this matter was referred to the undersigned for the entry of a memorandum and recommendation. In his response to Respondent's motion to dismiss, Parrish contends the recent decision by the Fourth Circuit in <u>United States v. Simmons</u>, \_\_\_ F.3d \_\_\_, 2011 U.S. App. LEXIS 17038 (4th Cir. Aug. 17, 2011) (en banc), supports his claim that he was improperly sentenced as a career offender. (DE-65). Respondent filed its motion to dismiss May 24, 2011, before the Fourth Circuit announced its decision in <u>Simmons.</u>

To assist the Court in its decisional process, the undersigned directed Respondent to file a supplemental memorandum informing the Court of its position in light of the Fourth Circuit's en banc decision in <u>Simmons</u>. (DE-66). Respondent has now filed its supplemental memorandum,

1

in which it concedes that "[b]ecause the petitioner was punishable for a term of incarceration of less than one year for [his] two prior drug convictions, his argument for relief pursuant to *Simmons* has merit." (DE-67, p.3). Respondent "believes it would be appropriate for the probation office to recalculate [Parrish's] advisory guideline range" and "recommend[s] that the Court re-sentence him in light of *Simmons*." (*Id.*).

As Respondent now agrees that the sentence Parrish received "was in excess of the maximum authorized by law," 28 U.S.C. § 2255(a), the undersigned hereby RECOMMENDS that Respondent's motion to dismiss (DE-58) be DENIED, that Parrish's motion to vacate (DE-52) be GRANTED, and that Parrish be resentenced in accordance with the Fourth Circuit's decision in Simmons.

SO RECOMMENDED in Chambers at Raleigh, North Carolina on Tuesday, October 4, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE