UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-99-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER RAY PARRISH | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Docket Entry 122 and Docket Entry 123 be unsealed. The clerk is directed to unseal these two docket entries.

SO ORDERED this __29th__ day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Court Judge